■ In the Matter of GEORGE LUMPKIN, Appellant, v DONALD M. HALPERIN et al., Respondents. [639 NYS2d 938]

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice Feinberg at the Supreme Court in his memorandum decision dated August 8, 1994. Bracken, J. P., Sullivan, Santucci and Krausman, JJ., concur.